**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1967**

_____

ROGER SEAWRIGHT, of Seawright PC Solutions, d/b/a Wall
Decor Prints,

     Plaintiff - Appellant,

  v.

M. SHANKEN COMMUNICATIONS, d/b/a Cigaraficionado.com,

     Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. James K. Bredar, District Judge.
(1:14-cv-01326-JKB)

_____

Submitted: February 12, 2015   Decided: February 18, 2015

_____

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger Seawright, Appellant Pro Se. Daniel Zev Herbst, REED
SMITH LLP, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Seawright appeals the district court's orders dismissing his civil complaint against M. Shanken Communications and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Seawright v. M. Shanken Comm., No. 1:14-cv-01326-JKB (D. Md. July 3, 2014 & filed Aug. 26, 2014; entered Aug. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED